# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRYSTAL LATTIG, on behalf of herself and those similarly situated | Hon. Joseph H. Rodriguez |
| Plaintiffs, | Civil Action No. 17-6351 |
| v. | MEMORANDUM ORDER |
| OZZ LAND, LLC, a Domestic Limited Liability Company d/b/a DEEPWATER DINER and ALAYYIDDIN OZDEMIR | |
| Defendants. | |

This matter having come before the Court on Plaintiff Krystal Lattig's motion seeking entry of default judgment [Dkt. No. 5] against Defendants Ozz Land, LLC, a Domestic Limited Liability Company d/b/a Deepwater Diner and Alayyiddin Ozdemir, pursuant to Rule 55 of the Federal Rules of Civil Procedure; and the Court having considered the written submissions filed in support of the Motion for Default Judgment; and

The Court finding that Plaintiff's submission is deficient in that there is not an affidavit and/or proof showing valid service was made on the particular defendants in accordance with Fed.R.Civ.P. 4 and by way of incorporation, the New Jersey Court Rules governing service; and

The Court further finding that the motion is deficient in that it fails to append an affidavit of non-military service in compliance with the Soldiers and Sailors' Relief Act,

1

see Fed. R. Civ. P. 55(b)(2); 50 U.S.C. App. § 501 et seq. (2006) (codification of the Servicemembers Civil Relief Act of 2003); Ciasulli v. Hartmann, No. 08–5544, 2009 WL 150668, at *1 (D.N.J. Jan. 21, 2009) (citation omitted); as a result

IT IS on this 6th day of March, 2018 hereby

ORDERED that Plaintiff's Motion for Default Judgment [Dkt. No. 5] is DENIED.


    s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT JUDGE