UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KRYSTAL LATTIG, on behalf of herself
and those similarly situated,

    Plaintiff,

v.

Case No.: 1:17-CV-06351

OZZ LAND, LLC, a Domestic Limited
Liability Company d/b/a DEEPWATER
DINER and ALAYIDDIN OZDEMIR,
Individually,

    Defendants.
_____/

## NOTICE OF DISMISSAL

The named Plaintiff, KRYSTAL LATTIG, pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., dismisses her action with prejudice.

Dated:  April 24, 2018.

Respectfully submitted,

*/s/ Andrew R. Frisch*
Andrew R. Frisch
MORGAN & MORGAN
600 N. Pine Island Road, Suite 400
Plantation, FL 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
**E-Mail:** AFrisch@forthepeople.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

*/s/ ANDREW R. FRISCH*
Andrew R. Frisch